## EVANS v. STATE.

### No. 19118.

Court of Criminal Appeals of Texas.

June 9, 1937.

J. G. Anderson, of Fairfield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully tapping a pipe line is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial of the case. No matter has been presented justifying discussion or warranting a reversal of the conviction.

The judgment is affirmed.